
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/11/11

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| RONALD JOHNSON<br>LA. Doc. No. 195183 | CIVIL ACTION NO. 10-1237<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| MARK SHUMATE, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling and in the Report and Recommendation [Doc. No. 11] of the Magistrate Judge, to the extent adopted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's access to courts claim is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff is granted an additional thirty (30) days to amend his Complaint a second time to submit information previously requested by the Court on his medical treatment claim. At the end of the thirty-day period, the Court will review this claim to determine if it survives initial review.

MONROE, LOUISIANA, this 11th day of February, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE