UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IVAN N. BASS AND<br>PAMELA S. BASS | : | CIVIL ACTION NO: 3:09-CV-1692 |
| | : | |
| VERSUS | : | JUDGE WALTER |
| | : | |
| EARL W. TILLMAN, WAL-MART<br>TRANSPORTATION, L.L.C.,<br>WAL-MART STORES, INC.,<br>AMERICAN HOME ASSURANCE<br>COMPANY AND GEICO GENERAL<br>INSURANCE COMPANY | :<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br>MAG. JUDGE HAYES |

### PROPOSED ORDER

The foregoing Motion considered:

It is hereby ordered that the discovery deadline set for May 9, 2011, by the scheduling order of November 2, 2010, be extended to June 9, 2010, so that plaintiff and defendant can complete discovery expert evaluations and submit expert reports.

Thus done and signed this __13th__ day of __April__, 2011 in Monroe, ~~Shreveport~~, Louisiana.

_____
MAGISTRATE HAYES