UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RONALD JOHNSON** | **CIVIL ACTION NO. 10-1237** |
| LA. Doc. No. 195183 | |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARK SHUMATE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling and in the Report and Recommendation [Doc. No. 11] of the Magistrate Judge, and after consideration of the entire record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining medical treatment claim is DISMISSED WITH PREJUDICE.  This Judgment resolves the only remaining claim in this lawsuit, and the Clerk of Court may close this case.

MONROE, LOUISIANA, this 13th day of April, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE